**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAYSHAWN McGRUDER, | Case No. CV 17-5048-CJC (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| COUNTY OF LOS ANGELES et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Actions with Prejudice for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 30, 2019

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE